UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASHLEY KELLETT                                             CIVIL ACTION

VERSUS                                                     NO. 2024-CV-00252-JWD-RLB

LIVINGSTON PARISH SCHOOL
DISTRICT

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 22, 2024 (Doc. 27), to which no objection was filed;

**IT IS ORDERED** that the Livingston Parish Sheriff's Department's Motion to Dismiss (Doc. 19), which is unopposed, is **GRANTED**, and all claims against the Livingston Parish Sheriff's Department are **DISMISSED WITH PREJUDICE** because that defendant lacks capacity to be sued.

**IT IS FURTHER ORDERED** that the Louisiana Department of Children and Family Services, the Louisiana Department of Health, and Governor Jeff Landry's Motion to Dismiss (Doc. 23), which is unopposed, is **GRANTED**, and all claims against the Louisiana Department of Children and Family Services, the Louisiana Department of Health, and Governor Jeff Landry are **DISMISSED WITHOUT PREJUDICE** because they were insufficiently served with process.

**IT IS FURTHER ORDERED** that all claims raised in Plaintiff's Complaint (Doc. 1) are **DISMISSED** for failure to state a claim, and that all claims with respect to State court eviction proceedings are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse Medicaid

Termination (Doc. 5), Motion for Custody (Doc. 6), and Motion to Stay Eviction Proceedings (Doc. 12) are **DENIED** for the reasons provided in the Magistrate Judge's Report and Recommendation (Doc. 27).

    **IT IS FURTHER ORDERED** that Plaintiff is given **30 days from the date of this opinion** to: (1) properly serve the Louisiana Department of Children and Family Services, the Louisiana Department of Health, and Governor Jeff Landry, and (2) file an amended pleading that corrects the deficiencies, to the extent allowed, to avoid the remaining claims raised by the Complaint from being **DISMISSED WITH PREJUDICE**.

    Signed in Baton Rouge, Louisiana, on November 6, 2024.

    **JUDGE JOHN W. deGRAVELLES**
    **UNITED STATES DISTRICT COURT**
    **MIDDLE DISTRICT OF LOUISIANA**